UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Case No. 1:12-cr-84-05

v.

                                                  HONORABLE PAUL L. MALONEY

SHANE LEE WEATHERSBY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 128) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Two of the Superseding Felony Information.

3. The two oral agreements between the parties that were placed on the record at the change of plea hearing and the written plea agreement are hereby continued under advisement pending sentencing.

Date: November 7, 2012                                      /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge